■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNA VENE, Appellant. [617 NYS2d 113] —Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (Lefkowitz, J.), imposed November 18, 1993.

Ordered that the sentence is affirmed and the matter is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Bracken, Lawrence, Altman and Friedmann, JJ., concur.